1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Room 4401
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5





APR 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  M. VERDUZCO
        DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8  IN THE MATTER OF THE            )   **UNDER SEAL**   SEALED
9  THE EXTRADITION OF              )
                                   )   1:08 MC  00011 DLB
10                                 )
                                   )   ORDER SEALING THE COMPLAINT
11 ARMANDO REYES ANDRADE           )   AND ORDER AUTHORIZING THE
                                   )   PROVISIONAL ARREST PURSUANT
12                                 )   TO 18 U.S.C. § 3184
   _____ )
13                                 )
                                   )
14                                 )
                                   )
15                                 )

16      The United States of America has submitted a complaint and
17 order authorizing the provisional arrest of Armando Reyes Andrade
18 pursuant to a request by Mexico pursuant to 18 U.S.C. § 3184,
19      IT IS HEREBY ORDERED that the Complaint and Order
20 Authorizing the Provisional Arrest of the above-referenced
21 individual shall be file under <u>seal</u> and shall not be disclosed
22 pending further order of this court.

23

24 DATED: 28 April 2008           _____
25                                DENNIS L. BECK
                                  U.S. Magistrate Judge
26

27

28                                 1