MAY 06 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>ARMANDO REYES ANDRADE | 01: 08 MC 00011 DLB<br><br>ORDER UNSEALING COMPLAINT AND ORDER AUTHORIZING THE PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

The complaint and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest be unsealed and made public record.

DATED: 5/6/2008

UNITED STATES MAGISTRATE JUDGE